IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy Case. 17-17629-AMC |
| JUAN ANTIGUA, | : | |
| | : | |
| Debtor. | : | |

**DEBTOR'S RESPONSE TO MOTION OF SPECIALIZED LOAN SERVICING LLC FOR RELIEF FROM THE AUTOMATIC STAY**

AND NOW comes the Debtor, Juan Antigua, by and through his attorney, Stephen M. Otto, Esquire, and files the within Response to Motion of Specialized Loan Servicing LLC for Relief from the Automatic Stay, of which the following is a statement:

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Admitted.

7. Denied. Debtor is in the process of gathering records to determine the extent of the post-petition arrears, if any.

8. Denied.

9. [10] Debtor's plan payment obligation is $1,164.00 per month. While Trustee's website indicates that Debtor has a delinquency, Debtor is remitting payments to the Trustee on a consistent basis, and the amount of the delinquency would appear to be immaterial.

10. [11] Denied as a legal conclusion.

11. [12] No response necessary.

WHEREFORE, Debtor respectfully requests this Honorable Court deny the Motion.

                    Respectfully submitted,
                    LAW OFFICE OF STEPHEN M. OTTO, LLC

By:     /s/Stephen M. Otto
        Stephen M. Otto, Esq.
        833 N. Park Road Ste 102
        Wyomissing, PA 19610
        484-220-0481
        PA. I.D. No. 82463
        steve@sottolaw.com