United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                              Case No. 17-17629-amc
Juan Antigua                                                        Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-4         User: BarbaraS            Page 1 of 2           Date Rcvd: Jun 14, 2019
                             Form ID: 152              Total Noticed: 21
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 16, 2019.
```
db           +Juan Antigua,    105 Walker Drive,    Northampton, PA 18067-8815
smg          +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
               Allentown, PA 18101-1603
smg           City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg          +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg          +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg          +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
cr           +GSAA Home Equity Trust 2006-1,    14841 Dallas Parkway, Suite 425,    Dallas, TX 75254-8067
cr           +GSAA Home Equity Trust 2006-1, AssetBacked Certifi,    14841 Dallas Parkway, Suite 425,
               Dallas, TX 75254-8067
cr           +Nationstar Mortgage LLC d/b/a Mr. Cooper,    Aldridge Pite, LLP,    4375 Jutland Drive,
               Suite 200, P.O. Box 17933,    San Diego, CA 92117-3600
cr           +SPECIALIZED LOAN SERVICING LLC,    8742 Lucent Blvd, Suite 300,    Highlands Ranch, CO 80129-2386
14011760     +FIRST COMMONWEALTH FCU,    450 Union Blvd,    Allentown, PA 18109-3283
14011761    ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
              (address filed with court:  Nationstar Mortgage LLC,    d/b/a Mr. Cooper,
               ATT: Bankruptcy Dept.,    PO Box 619096,    Dallas, TX 75261-9741)
14017557     +Nationstar Mortgage LLC d/b/a Mr. Cooper,    c/o Janet M. Spears,    ALDRIDGE PITE, LLP,
               4375 Jutland Drive, Suite 200,    P.O. Box 17933,    San Diego, CA 92177-7921
14167982     +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
               Highlands Ranch, Colorado 80129-2386
14011762     +Specialized Loan Servicing, LLC,    PO Box 636005,    Littleton, CO 80163-6005
14040018     +U.S. Bank National Association,    CO Nationstar MTG LLC d/b/a Mr. Cooper,
               ATTN: Bankruptcy Dept.,    PO Box 619096,    Dallas TX 75261-9096
14021137     +U.S. Bank National Association Trustee (See 410),    c/o Specialized Loan Servicing LLC,
               8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
14324394     +U.S. Bank National Association, as Trustee for GSA,    701 Market Street,    Suite 5000,
               Philadelphia, PA 19106-1541
14011763     +Yvette Mojica-Antigua,    105 Walker Drive,    Northampton, PA 18067-8815
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 15 2019 03:33:21
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 15 2019 03:33:59     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                              TOTAL: 2
```

```
            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 14, 2019 at the address(es) listed below:
```
          FREDERICK L. REIGLE   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          KEVIN G. MCDONALD   on behalf of Creditor    U.S. Bank National Association, as Trustee for GSAA
           Home Equity Trustee 2006-1 bkgroup@kmllawgroup.com
          KEVIN M. BUTTERY   on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION kbuttery@rascrane.com
          LISA  CANCANON   on behalf of Creditor    GSAA Home Equity Trust 2006-1 LisaC@w-legal.com
```

```
District/off: 0313-4          User: BarbaraS           Page 2 of 2              Date Rcvd: Jun 14, 2019
                              Form ID: 152             Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        REBECCA ANN SOLARZ    on behalf of Creditor    U.S. Bank National Association, as Trustee for GSAA Home Equity Trustee 2006-1 bkgroup@kmllawgroup.com
        ROLANDO  RAMOS-CARDONA    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com, ecf_frpa@trustee13.com
        SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
        STEPHEN MCCOY OTTO    on behalf of Debtor Juan  Antigua steve@sottolaw.com, info@sottolaw.com, no_reply@ecf.inforuptcy.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                              TOTAL: 9

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Juan Antigua
    Debtor(s)

Case No: 17–17629–amc
Chapter: 13

---

### *NOTICE OF RESCHEDULED HEARING*

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Ashely M. Chan

, United States Bankruptcy Court 7/11/19 at 10:00 AM , in Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

 

For The Court

Timothy B. McGrath
Clerk of Court

49
Form 152