United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 17-17629-amc
Juan Antigua                                                          Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: BarbaraS           Page 1 of 1             Date Rcvd: Jun 14, 2019
                              Form ID: 167             Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 16, 2019.
```
db             +Juan Antigua,    105 Walker Drive,    Northampton, PA 18067-8815
cr             +GSAA Home Equity Trust 2006-1,    14841 Dallas Parkway, Suite 425,    Dallas, TX 75254-8067
cr             +GSAA Home Equity Trust 2006-1, AssetBacked Certifi,    14841 Dallas Parkway, Suite 425,
                 Dallas, TX 75254-8067
cr             +Nationstar Mortgage LLC d/b/a Mr. Cooper,    Aldridge Pite, LLP,    4375 Jutland Drive,
                 Suite 200, P.O. Box 17933,    San Diego, CA 92117-3600
cr             +SPECIALIZED LOAN SERVICING LLC,    8742 Lucent Blvd, Suite 300,    Highlands Ranch, CO 80129-2386
14011760       +FIRST COMMONWEALTH FCU,    450 Union Blvd,    Allentown, PA 18109-3283
14011761      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court:  Nationstar Mortgage LLC,    d/b/a Mr. Cooper,
                 ATT: Bankruptcy Dept.,    PO Box 619096,    Dallas, TX 75261-9741)
14017557       +Nationstar Mortgage LLC d/b/a Mr. Cooper,    c/o Janet M. Spears,    ALDRIDGE PITE, LLP,
                 4375 Jutland Drive, Suite 200,    P.O. Box 17933,    San Diego, CA 92177-7921
14167982       +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
14011762       +Specialized Loan Servicing, LLC,    PO Box 636005,    Littleton, CO 80163-6005
14040018       +U.S. Bank National Association,    CO Nationstar MTG LLC d/b/a Mr. Cooper,
                 ATTN: Bankruptcy Dept.,    PO Box 619096,    Dallas TX 75261-9096
14021137       +U.S. Bank National Association Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
14324394       +U.S. Bank National Association, as Trustee for GSA,    701 Market Street,    Suite 5000,
                 Philadelphia, PA 19106-1541
14011763       +Yvette Mojica-Antigua,    105 Walker Drive,    Northampton, PA 18067-8815
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2019                             Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 14, 2019 at the address(es) listed below:
```
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              KEVIN G. MCDONALD    on behalf of Creditor    U.S. Bank National Association, as Trustee for GSAA
               Home Equity Trustee 2006-1 bkgroup@kmllawgroup.com
              KEVIN M. BUTTERY    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION kbuttery@rascrane.com
              LISA  CANCANON    on behalf of Creditor    GSAA Home Equity Trust 2006-1 LisaC@w-legal.com
              REBECCA ANN SOLARZ    on behalf of Creditor    U.S. Bank National Association, as Trustee for GSAA
               Home Equity Trustee 2006-1 bkgroup@kmllawgroup.com
              ROLANDO  RAMOS-CARDONA    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com,
               ecf_frpa@trustee13.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
              STEPHEN MCCOY OTTO    on behalf of Debtor Juan  Antigua steve@sottolaw.com, info@sottolaw.com,
               no_reply@ecf.inforuptcy.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                               TOTAL: 9
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Juan Antigua
    Debtor(s)

Case No: 17−17629−amc
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Hearing rescheduled re [35] Motion to Dismiss Case for Failure to Make Plan Payments, Motion to Dismiss Case; feasibility Filed by FREDERICK L. REIGLE Represented by ROLANDO RAMOS−CARDONA (Counsel).

**Hearing rescheduled from 6/27/19 at 9:00 AM**

    on: 7/11/19

    at: 10:00 AM

    in: Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

For The Court

Date: 6/14/19

Timothy B. McGrath
Clerk of Court

50 − 35
Form 167