United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-17629-amc
Juan Antigua                                                              Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Stacey              Page 1 of 1           Date Rcvd: Jul 29, 2019
                             Form ID: pdf900           Total Noticed: 12


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 31, 2019.
db         +Juan Antigua,   105 Walker Drive,   Northampton, PA 18067-8815
smg        +Bureau of Audit and Enforcement,   City of Allentown,   435 Hamilton Street,
            Allentown, PA 18101-1603
smg         City Treasurer,   Eighth and Washington Streets,   Reading, PA  19601
smg        +Dun & Bradstreet, INC,   3501 Corporate Pkwy,   P.O. Box 520,   Centre Valley, PA 18034-0520
smg        +Lehigh County Tax Claim Bureau,   17 South Seventh Street,   Allentown, PA 18101-2401
smg        +Tax Claim Bureau,   633 Court Street,   Second Floor,   Reading, PA 19601-4300
cr         +GSAA Home Equity Trust 2006-1,   14841 Dallas Parkway, Suite 425,   Dallas, TX 75254-8067
cr         +GSAA Home Equity Trust 2006-1, AssetBacked Certifi,   14841 Dallas Parkway, Suite 425,
            Dallas, TX 75254-8067
cr         +Nationstar Mortgage LLC d/b/a Mr. Cooper,   Aldridge Pite, LLP,   4375 Jutland Drive,
            Suite 200, P.O. Box 17933,   San Diego, CA 92117-3600
cr         +SPECIALIZED LOAN SERVICING LLC,   8742 Lucent Blvd, Suite 300,   Highlands Ranch, CO 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 30 2019 03:07:55
             Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 30 2019 03:08:02    U.S. Attorney Office,
             c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
                                                                                      TOTAL: 2


             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 31, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 29, 2019 at the address(es) listed below:
          FREDERICK L. REIGLE   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          KEVIN G. MCDONALD   on behalf of Creditor   U.S. Bank National Association, as Trustee for GSAA
           Home Equity Trustee 2006-1 bkgroup@kmllawgroup.com
          KEVIN M. BUTTERY   on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION kbuttery@rascrane.com
          LISA  CANCANON   on behalf of Creditor   GSAA Home Equity Trust 2006-1 LisaC@w-legal.com
          REBECCA ANN SOLARZ   on behalf of Creditor   U.S. Bank National Association, as Trustee for GSAA
           Home Equity Trustee 2006-1 bkgroup@kmllawgroup.com
          REBECCA ANN SOLARZ   on behalf of Creditor   SPECIALIZED LOAN SERVICING LLC
           bkgroup@kmllawgroup.com
          ROLANDO  RAMOS-CARDONA   on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com,
           ecf_frpa@trustee13.com
          SCOTT F. WATERMAN (Chapter 13)   ECFMail@ReadingCh13.com,  ecf_frpa@trustee13.com
          STEPHEN MCCOY OTTO   on behalf of Debtor Juan  Antigua steve@sottolaw.com,  info@sottolaw.com,
           no_reply@ecf.inforuptcy.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
                                                                    TOTAL: 10

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Juan Antigua | CHAPTER 13 |
|       Debtor | |
| | |
| Specialized Loan Servicing LLC as servicer for | |
| U.S. Bank National Association, as Trustee for | |
| GSAA Home Equity Trustee 2006-1 | NO. 17-17629 AMC |
|       Movant | |
|     vs. | |
| | |
| Juan Antigua | |
|       Debtor | 11 U.S.C. Sections 362 and 1301 |
| Yvette Mojica Antigua | |
|       Co-Debtor | |
| | |
| Scott F. Waterman, Esquire | |
|       Trustee | |

## STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1.    The post-petition arrearage on the mortgage held by the Movant on the Debtor's residence is **$7,729.82,** which breaks down as follows;

| | |
|---|---|
| Post-Petition Payments: | February 2019 to July 2019 at $1,415.24/month |
| Suspense Balance: | $761.62 |
| **Total Post-Petition Arrears** | **$7,729.82** |

2.    The Debtor shall cure said arrearages in the following manner:

a).    Within seven (7) days of the filing of this Stipulation, Debtor shall file an Amended Chapter 13 Plan to include the post-petition arrears of **$7,729.82.**

b).    Movant shall file an Amended or Supplemental Proof of Claim to include the post-petition arrears of **$7,729.82** along with the pre-petition arrears;

c).    The new 410A form for a Proof of Claim shall not be required for this Amended or Supplemental Proof of Claim.

3.    Beginning with the payment due August 1, 2019 and continuing thereafter, Debtor shall pay to Movant the present regular monthly mortgage payment of $1,415.24 (or as adjusted pursuant to the terms of the mortgage) on or before the first (1st) day of each month (with late charges being assessed after the 15th of the month).

4.      Should Debtor provide sufficient proof of payments made, but not credited (front &

back copies of cancelled checks and/or money orders), Movant shall adjust the account accordingly.

5.      In the event the payments under Section 3 above are not tendered pursuant to the

terms of this stipulation, Movant shall notify Debtor and Debtor's attorney of the default in writing

and the Debtor may cure said default within FIFTEEN (15) days of the date of said notice.  If Debtor

should fail to cure the default within fifteen (15) days, Movant may file a Certification of Default

with the Court and the Court shall enter an Order granting Movant immediate relief from the

automatic stay and waiving the stay provided by Bankruptcy Rule 4001(a)(3).

6.      If the case is converted to Chapter 7, Movant shall file a Certification of Default

with the Court and the Court shall enter an order granting Movant relief from the automatic stay.

7.      If the instant bankruptcy is terminated by either dismissal or discharge, this

agreement shall be null and void, and is not binding upon the parties.

8.      The provisions of this stipulation do not constitute a waiver by Movant of its right to

seek reimbursement of any amounts not included in this stipulation, including fees and costs, due

under the terms of the mortgage and applicable law.

9.      The parties agree that a facsimile signature shall be considered an original signature.

Date:    July 16, 2019                              By: /s/ Rebecca A. Solarz, Esquire
                                                    Attorney for Movant

Date: 7/23/19

                                                    Stephen McCoy Otto, Esquire
                                                    Attorney for Debtors

Date: 7/24/2019 _____

/s/ Polly A. Langdon, Esquire, for
_____
Scott F. Waterman, Esquire
Chapter 13 Trustee

Approved by the Court this \_\_\_\_\_ day of _____, 2019.  However, the court
retains discretion regarding entry of any further order.

**Date: July 29, 2019**

_____
Bankruptcy Judge
Ashely M. Chan