IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 17-17629-AMC |
| JUAN ANTIGUA, | : | |
| Debtor. | : | Chapter 13 |

**ADDENDUM TO SECOND AMENDED CHAPTER 13 PLAN FILED ON 7/23/19**

As of the date of the continued confirmation hearing on October 3, 2019, Debtor owed plan arrears in the amount of $1,772.00. Debtor shall cure this pre-confirmation arrears in the following manner:

1. $590.67 shall be paid on or before October 31, 2019.

2. A second payment of $590.67 shall be paid on or before November 30, 2019.

3. A third payment of $590.67 shall be paid on or before December 31, 2019.

The payment schedule described above in no way affects Debtor's plan payment schedule as governed by Debtor's Second Amended Chapter 13 Plan filed on July 23, 2019. Debtor's obligation to make full and timely plan payments is ongoing per the terms of said Plan.

DATED: September 30, 2019

                                        Respectfully submitted,
                                        LAW OFFICE OF STEPHEN M. OTTO, LLC

By:    /s/Stephen M. Otto
         Stephen M. Otto, Esq.
         833 N. Park Road Ste 102
         Wyomissing, PA 19610
         484-220-0481
         PA. I.D. No. 82463
         steve@sottolaw.com