United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Juan Antigua  
    Debtor

Case No. 17-17629-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: SaraR     Page 1 of 1     Date Rcvd: Jan 16, 2020  
                   Form ID: 155     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 18, 2020.  
db          +Juan Antigua,   105 Walker Drive,   Northampton, PA 18067-8815

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 18, 2020                             Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 16, 2020 at the address(es) listed below:

       FREDERICK L. REIGLE   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
       KEVIN G. MCDONALD   on behalf of Creditor   U.S. Bank National Association, as Trustee for GSAA Home Equity Trustee 2006-1 bkgroup@kmllawgroup.com  
       KEVIN M. BUTTERY   on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION kbuttery@rascrane.com  
       LISA   CANCANON   on behalf of Creditor   GSAA Home Equity Trust 2006-1 LisaC@w-legal.com  
       REBECCA ANN SOLARZ   on behalf of Creditor   SPECIALIZED LOAN SERVICING LLC bkgroup@kmllawgroup.com  
       REBECCA ANN SOLARZ   on behalf of Creditor   U.S. Bank National Association, as Trustee for GSAA Home Equity Trustee 2006-1 bkgroup@kmllawgroup.com  
       ROLANDO   RAMOS-CARDONA   on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com  
       SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com  
       STEPHEN MCCOY OTTO   on behalf of Debtor Juan  Antigua steve@sottolaw.com, info@sottolaw.com, no_reply@ecf.inforuptcy.com  
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                         TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Juan Antigua
    Debtor(s)

Chapter: 13
Bankruptcy No: 17−17629−amc

---

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

AND NOW, this 16th day of January 2020 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

    Ashely M. Chan
    Judge ,
    United States Bankruptcy Court

65
Form 155