United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 17-17629-amc
Juan Antigua                                                    Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Stacey          Page 1 of 1          Date Rcvd: Feb 18, 2020
                             Form ID: pdf900        Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 20, 2020.
db              +Juan Antigua,   105 Walker Drive,   Northampton, PA 18067-8815

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                        TOTAL: 0


          ***** BYPASSED RECIPIENTS *****
NONE.                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 20, 2020                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 18, 2020 at the address(es) listed below:
          FREDERICK L. REIGLE   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          KEVIN G. MCDONALD   on behalf of Creditor   U.S. Bank National Association, as Trustee for GSAA
           Home Equity Trustee 2006-1 bkgroup@kmllawgroup.com
          KEVIN M. BUTTERY   on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION kbuttery@rascrane.com
          LISA  CANCANON   on behalf of Creditor   GSAA Home Equity Trust 2006-1 LisaC@w-legal.com
          REBECCA ANN SOLARZ   on behalf of Creditor   SPECIALIZED LOAN SERVICING LLC
           bkgroup@kmllawgroup.com
          REBECCA ANN SOLARZ   on behalf of Creditor   U.S. Bank National Association, as Trustee for GSAA
           Home Equity Trustee 2006-1 bkgroup@kmllawgroup.com
          ROLANDO  RAMOS-CARDONA   on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com
          SCOTT F. WATERMAN (Chapter 13)   ECFMail@ReadingCh13.com
          STEPHEN MCCOY OTTO   on behalf of Debtor Juan  Antigua steve@sottolaw.com,  info@sottolaw.com,
           no_reply@ecf.inforuptcy.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
                                                                        TOTAL: 10

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: Juan Antigua,                    )         Chapter 13
            Debtor(s)                   )
                                        )         Bky. No. 17-17629-AMC

**ORDER**

**AND NOW**, upon consideration of the Application for Compensation ("the

Application") filed by the Debtor's counsel ("the Applicant") and upon the Applicant's

certification that proper service has been made on all interested parties and upon the Applicant's

certification of no response,

It is hereby **ORDERED** that:

1.  The Application is **GRANTED**.

2.  Compensation is **ALLOWED** in favor of the Applicant in the amount of $4,000.00.

3.  The Chapter 13 Trustee chapter 13 is authorized to distribute to the Applicant as an

    administrative expense pursuant to 11 U.S.C. Section 1326(b), 11 U.S.C. Section 507,

    11 U.S.C. Section 503(b) and 11 U.S.C. Section 330(a)(4)(B), the allowed

    compensation set forth in the Application less $1,000.00 which was paid by the

    Debtor prepetition, to the extent such distribution is authorized under the terms of the

    confirmed chapter 13 plan.

Date:  **February 18, 2020**                    _____
                                                U.S. BANKRUPTCY JUDGE