**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Juan Antigua
                Debtor(s)

Specialized Loan Servicing LLC as servicer for
U.S. Bank National Association, as Trustee for
GSAA Home Equity Trustee 2006-1
                v.
Juan Antigua
                and
Scott F. Waterman
                Trustee

Chapter 13

NO. 17-17629 AMC

## ORDER

AND NOW, this 25th day of February, 2020 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved on   it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow Specialized Loan Servicing LLC as servicer for U.S. Bank National Association, as Trustee for GSAA Home Equity Trustee 2006-1 and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 105 Walker Drive Allen Township, PA 18067.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

_____
United States Bankruptcy Judge.

cc: See attached service list