| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
Chapter 13 Case No. 17-17629-PMM

JUAN ANTIGUA
105 WALKER DRIVE
NORTHAMPTON  PA   18067

Petition Filed Date: 11/08/2017
341 Hearing Date: 01/23/2018
Confirmation Date: 01/16/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/08/2019 | $900.00 | 108188860725 | 01/08/2019 | $176.00 | 108188880393 | 02/13/2019 | $800.00 | 25163362732 |
| 02/13/2019 | $284.00 | 108188871153 | 03/19/2019 | $84.00 | 108379630140 | 03/19/2019 | $1,000.00 | 108379630139 |
| 04/15/2019 | $84.00 | 108379658002 | 04/15/2019 | $1,000.00 | 108379657991 | 05/07/2019 | $84.00 | 108379635947 |
| 05/07/2019 | $1,000.00 | 108379635936 | 06/18/2019 | $484.00 | 108379640270 | 06/18/2019 | $600.00 | 108379638400 |
| 07/23/2019 | $1,000.00 | 108379626025 | 07/23/2019 | $84.00 | 108379626036 | 08/27/2019 | $528.00 | 108554100215 |
| 08/27/2019 | $900.00 | 108554101084 | 10/09/2019 | $1,000.00 | 108554078259 | 10/09/2019 | $428.00 | 108554074838 |
| 11/12/2019 | $500.00 | 108554079799 | 11/12/2019 | $1,000.00 | 108554080734 | 11/12/2019 | $428.00 | 108554079788 |
| 12/05/2019 | $428.00 | 108379645550 | 12/05/2019 | $1,000.00 | 108379646397 | 12/05/2019 | $500.00 | 108379645540 |
| 01/03/2020 | $428.00 | 108379648993 | 01/03/2020 | $1,000.00 | 108379649004 | 02/12/2020 | $428.00 | 1689492726 |
| 02/12/2020 | $1,000.00 | 208580141374 | | | | | | |

**Total Receipts for the Period: $17,148.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $32,562.31**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | STEPHEN MC COY OTTO ESQ | Attorney Fees | $3,000.00 | $3,000.00 | $0.00 |
| 1 | SPECIALIZED LOAN SERVICING LLC <br> »» 001 | Mortgage Arrears | $59,765.59 | $23,747.56 | $36,018.03 |
| 2 | FIRST COMMONWEALTH FCU <br> »» 02S | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | FIRST COMMONWEALTH FCU <br> »» 02U | Unsecured Creditors | $9.17 | $0.00 | $9.17 |
| 4 | NATIONSTAR MORTGAGE LLC <br> »» 003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | SPECIALIZED LOAN SERVICING LLC <br> »» 007 | Mortgage Arrears | $7,729.82 | $3,071.41 | $4,658.41 |

**Chapter 13 Case No. 17-17629-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $32,562.31 | Current Monthly Payment: | $1,428.00 |
| Paid to Claims: | $29,818.97 | Arrearages: | $9,496.00 |
| Paid to Trustee: | $2,743.34 | Total Plan Base: | $79,186.31 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.