United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-17629-pmm
Juan Antigua                                                              Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4        User: SaraR              Page 1 of 2              Date Rcvd: Aug 13, 2020
                            Form ID: pdf900          Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 15, 2020.
```
db           +Juan Antigua,    105 Walker Drive,    Northampton, PA 18067-8815
smg          +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
              Allentown, PA 18101-1603
smg           City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg          +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg          +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg          +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
cr           +GSAA Home Equity Trust 2006-1,    14841 Dallas Parkway, Suite 425,    Dallas, TX 75254-8067
cr           +GSAA Home Equity Trust 2006-1, AssetBacked Certifi,    14841 Dallas Parkway, Suite 425,
              Dallas, TX 75254-8067
cr           +Nationstar Mortgage LLC d/b/a Mr. Cooper,    Aldridge Pite, LLP,    4375 Jutland Drive,
              Suite 200, P.O. Box 17933,    San Diego, CA 92117-3600
cr           +SPECIALIZED LOAN SERVICING LLC,    8742 Lucent Blvd, Suite 300,    Highlands Ranch, CO 80129-2386
14011760     +FIRST COMMONWEALTH FCU,    450 Union Blvd,    Allentown, PA 18109-3283
14011761    ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
             (address filed with court:  Nationstar Mortgage LLC,    d/b/a Mr. Cooper,
               ATT:  Bankruptcy Dept.,    PO Box 619096,    Dallas, TX 75261-9741)
14017557     +Nationstar Mortgage LLC d/b/a Mr. Cooper,    c/o Janet M. Spears,    ALDRIDGE PITE, LLP,
              4375 Jutland Drive, Suite 200,    P.O. Box 17933,    San Diego, CA 92177-7921
14167982     +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
              Highlands Ranch, Colorado 80129-2386
14011762     +Specialized Loan Servicing, LLC,    PO Box 636005,    Littleton, CO 80163-6005
14040018     +U.S. Bank National Association,    CO Nationstar MTG LLC d/b/a Mr. Cooper,
              ATTN: Bankruptcy Dept.,    PO Box 619096,    Dallas TX 75261-9096
14021137     +U.S. Bank National Association Trustee (See 410),    c/o Specialized Loan Servicing LLC,
              8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
14324394     +U.S. Bank National Association, as Trustee for GSA,    701 Market Street,    Suite 5000,
              Philadelphia, PA 19106-1541
14011763     +Yvette Mojica-Antigua,    105 Walker Drive,    Northampton, PA 18067-8815

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 14 2020 05:14:22
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 14 2020 05:14:45    U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                             TOTAL: 2

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14373972*    +U.S. Bank National Association Trustee (See 410),    c/o Specialized Loan Servicing LLC,
              8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
                                                                                  TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2020                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 13, 2020 at the address(es) listed below:
```
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              KEVIN G. MCDONALD    on behalf of Creditor    U.S. Bank National Association, as Trustee for GSAA
               Home Equity Trustee 2006-1 bkgroup@kmllawgroup.com
```

```
District/off: 0313-4              User: SaraR                 Page 2 of 2                  Date Rcvd: Aug 13, 2020
                                  Form ID: pdf900             Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        KEVIN M. BUTTERY    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION cdigianantonio@rascrane.com
        LISA   CANCANON    on behalf of Creditor    GSAA Home Equity Trust 2006-1 LisaC@w-legal.com, Llombardi06@law.du.edu
        REBECCA ANN SOLARZ    on behalf of Creditor    U.S. Bank National Association, as Trustee for GSAA Home Equity Trustee 2006-1 bkgroup@kmllawgroup.com
        REBECCA ANN SOLARZ    on behalf of Creditor    SPECIALIZED LOAN SERVICING LLC bkgroup@kmllawgroup.com
        ROLANDO   RAMOS-CARDONA    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com
        SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
        STEPHEN MCCOY OTTO    on behalf of Debtor Juan   Antigua steve@sottolaw.com, info@sottolaw.com, no_reply@ecf.inforuptcy.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov

                                                          TOTAL: 10

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    JUAN  ANTIGUA<br><br>                Debtor | Chapter 13<br><br>Bankruptcy No. 17-17629-PMM |

### ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: August 13, 2020**

_____
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE